UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                                                                                      Chapter 11

Gavriil Khaimov,                                                     Case No.: 23-73319 (REG)

                    Debtor.
----------------------------------------------------------------X

**ORDER EXTENDING THE AUTOMATIC STAY**
**TO FOOT & ANKLE CENTER OF FORT LEE, LLC**

Upon the Order Scheduling Hearing on Shortened Notice dated October 13, 2023 [Dkt. No. 28], Affirmation of Joseph S. Maniscalco, Esq., dated October 13, 2023 ("JSM Affirmation"), Affidavit of Gavriil Khaimov dated October 13, 2023 and accompanying Memorandum of Law ("Memorandum of Law") in Support of Motion to Extend the Automatic Stay under § 362 of the Bankruptcy Code to Foot and Ankle Center of Fort Lee, LLC, effective as of September 8, 2023 ("Filing Date") [Dkt. No. 26], by LaMonica Herbst & Maniscalco, LLP, proposed counsel to Gavriil Khaimov ("Debtor") ("Motion"), and granting such other, further and different relief as this Court deems just and proper; and upon the affirmation pursuant to Local Bankruptcy Rule 9077-1; and upon the Affidavit of Service of the [Dkt. No. 34]; and upon the hearing having been held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, Eastern District of New York, at 290 Federal Plaza, Courtroom 860, Central Islip, New York 11722 on October 25, 2023 ("Hearing"), in connection with the Motion; and Salvatore LaMonica, Esq., of LaMonica Herbst & Maniscalco, LLP, proposed counsel to the Debtor, having appeared at the Hearing in support of the relief sought in the Motion; and no objections or opposition being filed to the relief requested in the Motion; and upon due deliberation and consideration of the facts and circumstances relevant to the matter; and upon the record at the Hearing, the transcript of which is incorporated herein by reference; now, therefore, it is hereby

**ORDERED**, that the Motion is granted; and, it is further

**ORDERED**, that the automatic stay under § 362 of the Bankruptcy Code is hereby extended to Foot and Ankle Center of Fort Lee, LLC; and it is further **ORDERED,** that the Debtor may do such things and expend such funds as may be necessary and required to effectuate the terms and conditions of this Order.



Dated: Central Islip, New York
November 3, 2023

Robert E. Grossman
United States Bankruptcy Judge